**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1915**

CLARK A. MORRES, M.D.,

       Plaintiff - Appellant,

    v.

DEER'S HEAD HOSPITAL CENTER; SANDRA SMITH, Individually and
in her Official capacity,

       Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.
(1:08-cv-00002-CCB)

Submitted:  March 13, 2009         Decided:  May 4, 2009

Before NIEMEYER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robin R. Cockey, Ashley A. Bosché, COCKEY, BRENNAN & MALONEY,
PC, Salisbury, Maryland, for Appellant.  Douglas F. Gansler,
Attorney General of Maryland, Kathleen A. Ellis, Assistant
Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clark A. Morres, M.D., appeals the district court's order granting Defendants' Fed. R. Civ. P. 12(b)(6) motion to dismiss his civil action for failure to state a claim upon which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm. <u>See</u> <u>Morres v. Deer's Head Hosp. Ctr.</u>, No. 1:08-cv-00002-CCB (D. Md. July 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>